UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cr-53-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **KENNETH LEE BURTON** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition and Addendum. (Doc. No. 44). The Government requests that the Court dismiss the pending violation report and addendum. (Doc. Nos. 33, 37).

The Court has reviewed the Motion and finds that good cause has been shown to justify the Motion to Dismiss.

Thus, the Motion (Doc. No. 44) is **GRANTED**, and the pending violation report (Doc. No. 33) and addendum (Doc. No. 37) are dismissed.

Max O. Cogburn Jr
United States District Judge